IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON | : CIVIL ACTION |
| | : |
| v. | : NO. 18-639 |
| | : |
| WOOLY MAMMOTH, LLC, *et al.* | : |

## ORDER

**AND NOW**, this 3rd day of April 2018, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 11), it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under agreement of counsel and Local Rule of Civil Procedure 41.1(b)[1]; and,

2. The Clerk of Court shall mark this matter **CLOSED**.

_____
KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).